**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANIE SILVAGGIO,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>CLARK COUNTY,  )<br>  )<br>  Defendant.  )<br>_____ ) | 2:05-cv-00128-RCJ-RJJ<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Robert J. Johnston, entered March 12, 2008 (#31). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered March 12, 2008, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and Recommendation (#2) be affirmed and adopted, and that the Complaint be dismissed with prejudice.

DATED: March 31, 2008

_____
UNITED STATED DISTRICT COURT